AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHRN District of WEST VIRGINIA

*U.S. DISTRICT COURT FILED AT WHEELING, WV*
*JUL - 6 2011*
*NORTHERN DISTRICT OF WV*
*OFFICE OF THE CLERK*

DAVID CLINE, Et al, )
*Plaintiffs* )
v. ) Civil Action No.  5:11-CV-63
QUICKEN LOANS, INC., Et al, )
*Defendants* )

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

☐ **other:** _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge     Frederick P. Stamp, Jr.     on a motion for   Remand,
it is ORDERED that this case is remanded to Circuit Court of Marshall Co., WV.

Date:  July 6, 2011

CHERYL DEAN RILEY, CLERK OF COURT

*Sue O. Abraham*
Signature of Clerk or Deputy Clerk